■ JERRY R. KUNTZ et al., Respondents, v NATIONAL GRANGE MUTUAL INSURANCE COMPANY, Appellant. [638 NYS2d 385] —Judgment unanimously modified on the law and as modified affirmed with costs to plaintiffs and judgment granted in accordance with the following Memorandum: Because plaintiffs sought declaratory relief, Supreme Court erred in failing to make a declaration when it awarded summary judgment to plaintiffs (see, Matter of Bozer v Higgins, 204 AD2d 979, 980). Thus, we modify the judgment on appeal by granting judgment in favor of plaintiffs declaring that defendant is obligated to provide uninsured motorist coverage to plaintiffs under the terms and conditions of the policy of insurance issued by defendant to plaintiffs. (Appeal from Judgment of Supreme Court, Chautauqua County, Gerace, J.—Declaratory Judgment.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ In the Matter of UPSTATE NEW YORK LABORERS' EDUCATION AND TRAINING FUND, by William Shannon as Trustee, Appellant, v OSWEGO TOWN ASSESSOR'S OFFICE et al., Respondents. [637 NYS2d 588] —Judgment unanimously reversed on the law with costs and petition granted. Memorandum: In this proceeding pursuant to article 7 of the Real Property Tax Law, petitioner challenges respondents' 1993-1994 assessment of its 20-acre parcel located in the Town of Oswego. Petitioner contends that it is entitled to an exemption from real property taxes pursuant to Real Property Tax Law § 420-a (1) (a). Petitioner met its burden of demonstrating its entitlement to that exemption (see, Matter of New York Botanical Garden v Assessors of Town of Washington, 55 NY2d 328, 334). The evidence establishes that petitioner is organized and conducted exclusively for educational purposes and that the property is used exclusively for those purposes (see, RPTL 420-a [1] [a]; Matter of American Mgt. Assns. v Assessor of Town of Madison, 63 AD2d 1102, 1103, affd 47 NY2d 841; Matter of Steiner Educ. & Farming Assn. v Brennan, 65 AD2d 868, 869, lv denied 46 NY2d 709; cf., Matter of Association of Bar v Lewisohn, 34 NY2d 143). (Appeal from Judgment of Supreme Court, Oswego County, Nicholson, J.—Tax Certiorari.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.